STATE OF OREGON,
*Respondent,*

*v.*

PATRICK CARLYLE COLLINS III,
*Appellant.*

20-02-00204, 21-00-15918;
A119343 (Control), A119344
(Cases Consolidated)

139 P3d 1013

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).